United States District Court
Southern District of Texas
**ENTERED**
September 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR. NO. 2:21−cr−00659 |
| | § | |
| Amy Jean Guido, et al. | § | |

## SENTENCING ORDER

On **September 7, 2021**, the defendant was found guilty after a plea of guilty. A Presentence Investigation Report (PSR) is ordered and a sentencing schedule is established as follows:

1. No later than **October 22, 2021**, the United States Probation Office will complete an initial PSR and disclose the report to counsel pursuant to CrLR 32.4.

2. No later than **November 8, 2021**, each counsel shall file written objections or a statement that there are no objections. All objections to the PSR based on law must be supported by reference to the applicable statutes, guidelines, and authorities. The objections must be filed with the Clerk of the Court, with copies provided the same day of filing to the U.S. Probation Officer and the Asst. U.S. Attorney handling the case. Any responses to objections shall be filed no later than **November 12, 2021**.

3. No later than **November 22, 2021**, the United States Probation Office shall prepare the final PSR with an addendum addressing contested issues and furnish it to the Court and the parties.

4. Any supporting documents for sentencing, such as letters or sentencing memorandums, must be filed by **November 29, 2021**.

5. Any motions to continue must be filed no later than **November 29, 2021**. Failure to abide by this deadline may result in the motion being denied.

6. On **December 2, 2021, at 02:00 PM**, the defendant must appear for sentencing.

7. All parties and their counsel and the United States Probation Office shall comply fully with Local Rule 32 in the completion and review of the PSR.

ORDERED the 7th of September 2021.

*By order of the Court*

*Drew B. Tipton*
*United States District Judge*